No. 126, Misc.   VAN PELT v. CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 131, Misc.   RICHARDS v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin* for the United States.

No. 145, Misc.   ANDERSON v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin* for the United States.

No. 170, Misc.   DOWLING v. TEXAS.   Court of Criminal Appeals of Texas.   Certiorari denied.   *Carl E. F. Dally* for petitioner.   *Will Wilson,* Attorney General of Texas, *George P. Blackburn, W. V. Geppert,* Assistant Attorneys General, and *Benjamin T. Woodall* for respondent.

No. 171, Misc.   CEPERO v. PAN AMERICAN AIRWAYS, INC.   C. A. 1st Cir.   Certiorari denied.

No. 196, Misc.   STEGALL v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Theodore G. Gilinsky* for the United States.

No. 205, Misc.   BANKS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.